Certificate Number: 03621-NJ-DE-034325181

Bankruptcy Case Number: 20-13106



03621-NJ-DE-034325181

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 9, 2020</u>, at <u>1:54</u> o'clock <u>AM EDT</u>, <u>Sheryl E Picard</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 9, 2020</u>              By:    <u>/s/Jamie Thomas</u>

Name:  <u>Jamie Thomas</u>

Title:   <u>Credi Counselor</u>