UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-13106 |
| PICARD, SHERYL EILEEN | Chapter: | 7 |
| | Judge: | CMG |

---

### NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on May 26, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:  11 ALBERT DRIVE, OLD BRIDGE, NJ
> The debtor(s) purchased the property in 2002 for $245,000. The property is valued at $327,000 based upon a Comparative Market Analysis.

> Liens on property:
>
> SELECT PORTFOLIO SERVICING INC. - $360,694

> Amount of equity claimed as exempt:
>
> $26,095.94

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-13106-CMG
Sheryl Eileen Picard                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2           Date Rcvd: Apr 28, 2020
                             Form ID: pdf905        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db             +Sheryl Eileen Picard,   11 Albert Drive,   Old Bridge, NJ 08857-2529
518730968      +Foreclosure Processing Service,   Superior Court Clerk,   PO Box 971,   Trenton, NJ 08625-0971
518730970       Metris Bank/Mastercard,   16340 N. Scottsdale Road,   Suite 300,   Scottsdale, AZ 85254
518730969       Metris Bank/Mastercard,   c/o Eichenbaum & Stylianou, LLC,   10 Forest Avenue,   P.O. Box 914,
                Paramus, NJ 07653-0914
518730972      +Middlesex County Sheriff's Office,   Foreclosure Dept,   701 Livingston Avenue,
                New Brunswick, NJ 08901-3345
518730973      +Middlesex County Special Civil Part,   P.O. Box 1146,   3rd Floor - Tower,
                New Brunswick, NJ 08903-1146
518730977      +Overlook Hospital,   P.O. Box 35611,   Newark, NJ 07193-5611
518730976      +Overlook Hospital,   c/o Celentano, Stadtmauer & Walentowicz,   1035 Route 46 East,
                P.O. Box 2594,   Clifton, NJ 07015-2594
518730980       PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
518730979      +Providian Bank,   c/o Cach of New Jersey, LLC,   2200 Fletcher Avenue, Fifth Floor,
                Fort Lee, NJ 07024-5005
518730978      +Providian Bank,   c/o Bronson & Migliaccio, LLP,   2200 Fletcher Avenue, Fifth Floor,
                Fort Lee, NJ 07024-5005
518730982      +Select Portfolio Servicing, Inc,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
518730981      +Select Portfolio Servicing, Inc,   c/o KML Law Group,   216 Haddon Avenue, Ste 406,
                Collingswood, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2020 22:57:54     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:50     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518730963      +E-mail/Text: backoffice@affirm.com Apr 28 2020 22:58:31     Affirm, Inc.,
                650 California St Fl 12,   San Francisco, CA 94108-2716
518730962      +E-mail/Text: backoffice@affirm.com Apr 28 2020 22:58:31     Affirm, Inc.,   Attn: Bankruptcy,
                Po Box 720,   San Francisco, CA 94104-0720
518730965      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 28 2020 23:00:42     Credit One Bank,
                Po Box 98872,   Las Vegas, NV 89193-8872
518730964      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 28 2020 23:00:40     Credit One Bank,
                Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518730966      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 28 2020 22:58:17     Fingerhut,
                Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
518730967      +E-mail/Text: bnc-bluestem@quantum3group.com Apr 28 2020 22:58:17     Fingerhut,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518730974       E-mail/Text: ml-ebn@missionlane.com Apr 28 2020 22:57:02     Mission Lane LLC,
                Attn: Bankruptcy Notice,   237 Kerny St #197,   San Francisco, CA 94108
518730975       E-mail/Text: ml-ebn@missionlane.com Apr 28 2020 22:57:02     Mission Lane LLC,   Po Box 105286,
                Atlanta, GA 30304
518730971      +E-mail/Text: mary@rabperformance.com Apr 28 2020 22:58:18     Metris Bank/Mastercard,
                c/o RAB Performance reco Veries LL,   10 Forest Ave # 300,,   Paramus, NJ 07652-5238
518730983      +E-mail/Text: jennifer.chacon@spservicing.com Apr 28 2020 22:58:32
                Select Portfolio Servicing, Inc,   Attn: Bankruptcy,   Po Box 65250,
                Salt Lake City, UT 84165-0250
518732822      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:36     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518730984      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:00:26     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy,   Po B 965064,   Orkando, FL 32896-5064
518730985      +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:00:59     Synchrony Bank/ JC Penneys,
                Po Box 965007,   Orlando, FL 32896-5007
                                                                                          TOTAL: 15


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin            Page 2 of 2            Date Rcvd: Apr 28, 2020
                             Form ID: pdf905         Total Noticed: 28
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
           York, as successor Trustee to JPMorgan Chase Bank, N.A., Et Al... dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas  Orr   tom@torrlaw.com,  Torr@ecf.axosfs.com
          Thomas  Orr   on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Sheryl Eileen Picard courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                      TOTAL: 5
```